Elsie M. Seablom, appellee, v. Harold S. Bradley, appellant. Gen. No. 8,464.

614

Heard in this court at the October term, 1931. Reversed with a finding of fact. Opinion filed February 18, 1932.

Large & Reno and W. J. Berry, for appellant. Edward L. Mc-Cleneghan, for appellee.

Mr. Justice Baldwin delivered the opinion of the court.